```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10456
   WANDA LAVINIA ARMSTRONG
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-5311

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 08/24/2006 and was confirmed 06/13/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG        .00           .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE     932.30           .00         932.30
ILLINOIS DEPT OF REVENUE   PRIORITY          478.22           .00            .00
AMERICAN EXPRESS           UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        1828.74           .00            .00
CHASE NA                   UNSECURED       NOT FILED          .00            .00
CITI FINANCIAL             UNSECURED       NOT FILED          .00            .00
CORPORATE AMERICA FEDERA   UNSECURED        1502.93           .00            .00
FINGERHUT                  UNSECURED       NOT FILED          .00            .00
PALISADES COLLECTION       UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         444.60           .00            .00
WASHINGTON MUTUAL          CURRENT MORTG        .00           .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE    3823.25           .00         3823.25
INTERNAL REVENUE SERVICE   PRIORITY         4195.59           .00            .00
CANCERS ACCOUNTING         PRIORITY       NOT FILED           .00            .00
FEINGOLD & LEVY            UNSECURED      NOT FILED           .00            .00
NORTHERN LEASING SYSTEM    UNSECURED      NOT FILED           .00            .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        1707.00           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED          45.70           .00            .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I    2605.42           .00            .00
PRO SE DEBTOR              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                        352.45
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,108.00

PRIORITY                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10456 WANDA LAVINIA ARMSTRONG
```

```
SECURED                                                          4,755.55
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                              352.45
DEBTOR REFUND                                                         .00
                                        ----------------   ----------------
TOTALS                                         5,108.00           5,108.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 03/27/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```